# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JAMES D. JACKS,

   PLAINTIFF

VS

CITY OF MILLINGTON, et al

   DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NO: 08-2662-V

---

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulated Order Of Dismissal With Prejudice, entered on December 3, 2009, this cause is dismissed with prejudice, pursuant to FRCP 41(a).

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

December 3, 2009
Date

Thomas M. Gould
Clerk of Court

   s/Betty Guy
(By) Deputy Clerk